BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0267 LKK |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |
| ROBERT WILLIAM CRAMER,<br>   aka Earnest Helton Tolbert,<br>   aka Ernest Helton Tolbert, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against the defendant in the above-captioned matter.

DATED: December 28, 2011        By: Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    */s/ Kyle Reardon*_____
                                    KYLE REARDON
                                    Assistant United States Attorney

BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT WILLIAM CRAMER,<br>　　aka Earnest Helton Tolbert,<br>　　aka Ernest Helton Tolbert,<br><br>　　　　　Defendant. | CASE NO. 2:07-CR-0267 LKK<br><br>**ORDER DISMISSING INDICTMENT** |

APPROVED AND SO ORDERED.

The government's motion to dismiss the Indictment is GRANTED.

Dated: January 9, 2012_

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT